[No. 4406.    Decided October 27, 1903.]

EMORY E. HOSKINS, *Respondent*, v. OLIVER P. BARKER, *as Executor etc., et al., Appellants.*[1]

Appeal from a judgment of the superior court for Walla Walla county, Chadwick, J. Affirmed.

*Gillis & Reynolds* and *C. B. & Wm. H. Upton*, for appellants.

*W. T. Dovell* and *Lester S. Wilson*, for respondents.

PER CURIAM.—This cause is in all respects similar to the case of *Demaris v. Barker* (ante p. 200) just decided—in fact brought here upon the same record—and what is said in that case disposes of the questions suggested in this one.

Affirmed.